

FILED

APR 1 3 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| JAMES DABNEY,<br><br>Plaintiff,<br><br>vs.<br><br>WESTMORELAND COAL COMPANY, INC., WESTMORELAND RESOURCES, INC., and ABSALOKA COAL, LLC,<br><br>Defendant. | CV 17-89-BLG-SPW-TJC<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Upon Plaintiff, James Dabney's Notice of Voluntary Dismissal (Doc. 8), through his counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is DISMISSED WITHOUT PREJUDICE.

DATED this 13th day of April, 2018.

Susan P. Watters
U. S. DISTRICT JUDGE

1